**Order entered December 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00611-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KENNARD HENRY RICHARDS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1457714-X**

## ORDER

We **GRANT** the State's December 22, 2015 first motion for extension of time to file

reply brief and **ORDER** the brief be filed no later than January 12, 2016.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE